DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JUAN O. SANTANA MERAN,

Appellant,

v.

DEPARTMENT OF REVENUE
and ROSA GONZALEZ,

Appellees.

No. 2D2024-0594

————————————————

March 5, 2025

Appeal from the Department of Revenue.

Juan O. Santana Meran, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee Department of Revenue.

No appearance for Appellee Rosa Gonzalez.

PER CURIAM.

Affirmed. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1980).

SLEET, C.J., and LaROSE and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.